UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ERNEST GULLAGE				CIVIL ACTION

VERSUS					NO: 18-3458

MAGNUM MUD EQUIPMENT			SECTION: A
COMPANY, INC.

## JUDGMENT

For the reasons of the Court entered herein,

**IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of the defendant, Magnum Mud Equipment Company, Inc., and against the plaintiff, Ernest Gullage, dismissing the complaint with prejudice.

New Orleans, Louisiana, this 5th day of June 2018.

JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE